UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-22965-CIV-MARTINEZ-GOODMAN**

CARLOS OCTAVIO PEREZ, and all others
similarly situated under 29 U.S.C. § 216(b),
    Plaintiff,

vs.

PROTECTIVE SERVICE VICTORY
SECURITY CORP., MIREYA MORADO,
    Defendants.
_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES

THIS CAUSE came before the Court upon *sua sponte* examination of the record. The Court notes that this is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular) within twenty (20) days from the date below. Plaintiff shall promptly serve a copy of this notice and the statement on each Defendant's counsel when counsel for each Defendant first appears in the case or at the time of filing if a Defendant's counsel has already appeared in the case. Each Defendant shall file a response within fifteen (15) days of receiving service of Plaintiff's statement.

DONE AND ORDERED in Chambers at Miami, Florida, this __5__ day of October, 2015.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record