UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **15-22965-CIV-MARTINEZ-GOODMAN**

CARLOS OCTAVIO PEREZ, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

PROTECTIVE SERVICE VICTORY SECURITY CORP., MIREYA MORADO,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon Defendants within a certain period of time. Plaintiff filed this action on August 6, 2015, and, to date, there is no indication in the court record file that Defendant(s) has/have been served with the summons and complaint. It is therefore:

ORDERED AND ADJUDGED that

On or before **December 21, 2015,** Plaintiff shall file a Return of Service indicating that service has been properly affected on Defendant(s). If no Return of Service has been filed by the above deadline, this case shall be immediately dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this _16_ day of December, 2015.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record