04/22/2015 09:54AM 9544283444 PUSH INC PAGE 01/01
Case 1:15-cv-22965-JEM Document 11 Entered on FLSD Docket 12/21/2015 Page 1 of 2
Case 1:15-cv-22965-JEM Document 4 Entered on FLSD Docket 08/07/2015 Page 1 of 2

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CARLOS OCTAVIO PEREZ, *and all others similarly situated under 29 U.S.C. 216(b)*,

Plaintiffs,

vs.

PROTECTIVE SERVICE VICTORY SECURITY CORP., MIREYA MORADO,

Defendants.

15-CV-22965-Martinez/Goodman

## SUMMONS IN A CIVIL ACTION

To:
PROTECTIVE SERVICE VICTORY SECURITY CORP.
Registered Agent: Mireya Morado
11117 W. Okeechobee Road, Suite 110
Hialeah Gardens, FL 33018

*10766 SW 243 Rd Homestead. Fla*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 7, 2015**



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-22965

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Myron Mennoo

was received by me on *(date)* 12/2/15

☒ I personally served the summons on the individual at *(place)* 10266 SW 248
Miami Fl on *(date)* 12/13/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 12/13/16

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc: