UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-cv-22965-Martinez/Goodman

| | |
|---|---|
| CARLOS OCTAVIO PEREZ, and all Others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PROTECTIVE SERVICE VICTORY SECURITY and MIREYA MORADO, | ) ) ) |
| Defendant | ) ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants maintain that no overtime or minimum wages are due to Plaintiff for calendar years 2012, 2013, and 2014. Defendants did not have $500,000 in gross revenue in any of those years. Tax returns supporting this defense have been provided to the Plaintiff. Plaintiff was not eligible for individual coverage under wither the Fair Labor Standards Act or the Florida Minimum Wage law.

Protective Service Victory Security admits that it paid Plaintiff $8.00 per hour instead of $8.05 per hour in 2015, which was Florida's minimum wage. As a result, Defendant Protective Service owes Plaintiff $56; $.05 per hour for 40 hours for 28 weeks.

Defendant disputes the entitlement to any costs or attorneys fees for the recovery of $56.00.

Respectfully submitted,

_____/s/_____
Stanley Kiszkiel, Esquire
Florida Bar No. 731153
Stanley Kiszkiel, P.A.
9000 Sheridan Street, Suite 94
Pembroke Pines, Florida 33024

(954) 862-2288
(954) 862-2287 (fax)
sklaw@kiszkiellaw.com

Santiago Diez
SANTIAGO DIEZ, P.A.
3000 SW 3 Avenue
Suite 101
Miami, FL 33129
305-377-4005
Fax: 377-9933
Email: Santi@Diezlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record through the CM/ECF system this 4th day of March 2016.

### SERVICE LIST

J.H. Zidell, Esq.
Allyson Kutner Morgado, Esq.
Stephen M. Fox, Jr., Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
Stephen.fox.esq@gmail.com

   /s/
Stanley Kiszkiel