UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-cv-22965-Martinez/Goodman

CARLOS OCTAVIO PEREZ, and all )
Others similarly situated under 29 U.S.C. 216(b), )
)
 Plaintiffs, )
)
v. )
)
PROTECTIVE SERVICE VICTORY SECURITY )
and MIREYA MORADO, )
)
Defendant )
)

**DEFENDANTS' FEDERAL RULE OF CIVIL
PROCEDURE 7.1 DISCLOSURE STATEMENT**

Defendants, pursuant to this Court's order (D.E. 7) and *Fed.R.Civ.P.* 7.1, hereby file their disclosure statement.

1. Protective Service Victory Security Corporation, Defendant;

2. Mireya Morado, Defendant;

3. J.H. Zidell, P.A., Steven M. Fox, Jr. and Allyson Kutner Morgado, Plaintiff's attorneys.

4. Carlos Octavio Perez, Plaintiff;

5. Stanley Kiszkiel and Santiago Diez, attorneys for Defendants.

There is no parent corporation that owns 10% or more of the Defendant corporation.

Respectfully submitted,

_____/s/_____
Stanley Kiszkiel, Esquire
Florida Bar No. 731153
Stanley Kiszkiel, P.A.
9000 Sheridan Street, Suite 94
Pembroke Pines, Florida 33024
(954) 862-2288

        (954) 862-2287 (fax)
sklaw@kiszkiellaw.com

Santiago Diez
SANTIAGO DIEZ, P.A.
3000 SW 3 Avenue
Suite 101
Miami, FL 33129
305-377-4005
Fax: 377-9933
Email: Santi@Diezlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record through the CM/ECF system this 4th day of March 2016.

### SERVICE LIST

J.H. Zidell, Esq.
Allyson Kutner Morgado, Esq.
Stephen M. Fox, Jr., Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
Stephen.fox.esq@gmail.com

        /s/
        Stanley Kiszkiel