UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 15-22965-CIV-MARTINEZ-MCALILEY

CARLOS OCTAVIO PEREZ, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

PROTECTIVE SERVICE VICTORY
SECURITY CORP., MIREYA MORADO,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR CONSENT MATTERS

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in the suit, the above-captioned cause is referred to United States Magistrate Judge **Chris M. McAliley** to take all necessary and proper action as required by law and to render a final Order, as appropriate, with respect to all further matters in this case.

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case:

1. To indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 15-22965-CIV-MCALILEY);

2. To indicate on the first page under the case number, of all above-referenced motions and related papers hereafter, that the filing is a "Consent Case."

3. The Clerk is **DIRECTED** to close out this case with respect to the undersigned and refer all future matters to Magistrate Judge McAliley alone.

DONE AND ORDERED in Chambers at Miami, Florida, this __16__ day of May, 2016.

                                                JOSE E. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record