UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22965-MCALILEY
[CONSENT CASE]

CARLOS OCTAVIO PEREZ,
and all others similarly situated,

    Plaintiffs,
vs.

PROTECTIVE SERVICE VICTORY
SECURITY CORP., *et al.*,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## MOTION FOR COURT APPROVAL OF SETTLEMENT

The parties have filed a Joint Motion asking the Court to approve their settlement agreement in this Fair Labor Standards Act case. [DE 53]. The Motion does not comply with the Court's Order Following Notice of Settlement. [DE 50]. Specifically, Plaintiff's counsel fails to state whether her compensation is based upon an hourly rate or a contingency fee agreement, and fails to provide either the number of hours and rate billed or a certification that the contingency fee agreement (if any) complies with Florida Bar Rule 4-1.5(f). The Court also notes that Plaintiff's counsel did not file the confidential settlement agreement as a sealed document in accordance with the requirements of Local Rule 5.4 as instructed in my Order, [DE 50], but rather emailed it to my chambers for *in*

1

*camera* review. Although the Court will accept Plaintiff's email submission, Plaintiff's counsel is cautioned to closely adhere to the Court's orders going forward.

**IT IS HEREBY ORDERED** that no later than **August 17, 2016**, the parties shall file an amended joint motion to approve their settlement agreement that clearly states whether Plaintiff's counsel is being compensated based upon an hourly rate or a contingency fee and provides the corresponding billing information or certification as specified in my Order Following Notice of Settlement. The parties' Joint Motion for Court Approval of Settlement [DE 53], is **DENIED WITHOUT PREJUDICE**.

DONE AND ORDERED in chambers at Miami, Florida this 12th day of August, 2016.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record