UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22965-CMM

CARLOS OCTAVIO PEREZ, and all others )
similarly situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　vs. )
　　　　　　　　　　　　　　　　　　　　)
PROTECTIVE SERVICE VICTORY )
SECURITY CORP., and MIREYA MORADO )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )
_____ )

## AMENDED JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

The Parties, by and through their undersigned counsel, respectfully move this Court for approval of their Settlement Agreement, resolving the matter as set forth therein. In support thereof, the Parties state as follows:

1.　Plaintiff CARLOS OCTAVIO PEREZ filed claims under case number Case No.: 1:15-CV-22965-CMM under the Fair Labor Standards Act (FLSA), the Florida Statutes, and the Florida Constitution for overtime wages whereby Plaintiff alleged that he was not paid the appropriate overtime wages for the work he performed for Defendants.

2.　Defendants state that Plaintiff was properly compensated for all hours worked during her employment and that no minimum wages are due or owing. However, Defendants have agreed to enter into a settlement agreement with Plaintiffs.

3.　The Parties have engaged in settlement negotiations, resulting in an accord and satisfaction embodied in the Settlement Agreement the Parties signed, and which the Parties

believe and agree represents a fair, reasonable, and adequate settlement of Plaintiff's claims against Defendants.

4. Plaintiff's counsel hereby certifies that the contingency fee agreement between Plaintiff and Plaintiff's counsel complies with Florida Bar Rule 4-1.5(f).

**5.** A true an correct copy of the Settlement Agreement is attached hereto as **Exhibit "A."**

6. The Parties are in agreement that this Court may enter an Order Approving Settlement Agreement, Dismissing Complaint with Prejudice as to Defendants, and Closing Case, after scrutinizing the settlement for fairness and approving the settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

7. Aside from Plaintiff and Defendants, there are no other parties to this action.

**WHEREFORE**, the Parties respectfully request that this Court: (1) approve the Parties' Confidential Settlement Agreement Waiver and Release, resolving the matter on the terms set forth therein; (2) dismiss this case with prejudice against Defendants; and (3) retain jurisdiction for the limited purpose of enforcing the Parties' Confidential Settlement Agreement Waiver and Release.

BY:

| | |
|---|---|
| J.H. Zidell, P.A. | Stanley Kiszkiel, P.A. |
| 300 71st Street, Suite 605 | 9000 Sheridan Street, Suite 94 |
| Miami Beach, Florida 33141 | Pembroke Pines, FL 33024 |
| Tel: (305) 865-6766 | 954-862-2288 |
| Fax: (305) 865-7167 | Fax: 954-862-2287 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| By: /s/ Allyson Morgado | s/ Stanley Kiszkiel |
| Allyson Morgado, Esq. | Stanley Kiszkiel, Esq. |
| amorgado@jhzidell@gmail.com | Florida Bar No. 731153 |
| Florida Bar Number: 91506 | Email: sklaw@kiszkiellaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on August 19, 2016 on the below service list.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Allyson Morgado
Allyson Morgado, Esq.
amorgado@jhzidell@gmail.com
Florida Bar Number: 91506

## SERVICE LIST

Stanley Kiszkiel, Esq.
9000 Sheridan Street
Suite 94
Pembroke Pines, FL 33024
954-862-2288
Fax: 954-862-2287
Email: sklaw@kiszkiellaw.com
*Attorneys for the Defendants*

Allyson Morgado, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
amorgado@jhzidell@gmail.com
*Attorneys for Plaintiff*