UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22965-MCALILEY
[CONSENT CASE]

CARLOS OCTAVIO PEREZ,
and all others similarly situated,

    Plaintiffs,

vs.

PROTECTIVE SERVICE VICTORY
SECURITY CORP., *et al.*,

    Defendants.
_____/

## ORDER SETTING HEARING ON AMENDED JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that the Court will hold a brief telephonic hearing on the parties' Amended Joint Motion for Court Approval of Settlement and Dismissal of Case with Prejudice [DE 56], on **August 25, 2016 at 11:00 a.m.**. Counsel shall use the following dial-in information: telephone number: 1-888-684-8852; access code: 9675400 and security code: 5890.

DONE AND ORDERED in chambers at Miami, Florida this 22nd day of August, 2016.

                              CHRIS McALILEY
                              UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record