UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22965-MCALILEY
[CONSENT CASE]

CARLOS OCTAVIO PEREZ,
and all others similarly situated,

      Plaintiffs,

vs.

PROTECTIVE SERVICE VICTORY
SECURITY CORP., *et al.*,

      Defendants.

_____/

**ORDER GRANTING AMENDED JOINT MOTION FOR APPROVAL OF
SETTLMENT AND DISMISSING CASE WITH PREJUDICE**

Pending before the Court is the parties' Amended Joint Motion for Court Approval of Settlement and Dismissal of Case with Prejudice. [DE 56]. This is an action arising under the Fair Labor Standards Act ("FLSA") and, therefore, the Court is required to determine whether the parties' compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Lynn's Food Stores, Inc. v. United States, U.S. Dep't. Of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) (citations omitted). The "FLSA requires judicial review of the reasonableness of counsel's legal fees to assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed.Appx. 349, 351 (11th Cir. 2009).

1

In order to conduct the required review, I ordered Plaintiff's counsel to specify whether her compensation is based upon an hourly rate or contingency fee agreement, and provide the corresponding billing information or a certification that the contingency fee agreement (if any) complies with Florida Bar Rule 4-1.5(f).  [DE 55].   Plaintiff provided the information ordered in the parties' Amended Joint Motion, and filed a copy of the parties' settlement agreement with the Court.  [DE 56, 56-1].

The settlement agreement reflects that Defendants will pay the settlement funds in ten (10) installments.  [DE 56-1, p. 2].  Today I held a hearing on the Amended Joint Motion, and Plaintiff's counsel confirmed that the installment payments will be distributed on a *pro rata* basis between Plaintiff and Plaintiff's counsel.  Having carefully studied the parties' settlement agreement, Amended Joint Motion for Approval and the pertinent portions of the record, and considering the statements of counsel made during today's hearing, I find that the parties' settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

Accordingly, it is **ORDERED** that:

1. The parties' Amended Joint Motion for Court Approval [DE 56], is **GRANTED** and the parties' settlement agreement is hereby **APPROVED**.   The settlement funds shall be distributed *pro rata* to Plaintiff and Plaintiff's counsel upon receipt of each installment payment.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction through June 30, 2017 solely to enforce the payment provisions set forth in paragraph 3 of the parties' settlement agreement.

4.  The Clerk of Court is instructed to **CLOSE** this case.

DONE AND ORDERED in chambers at Miami, Florida this 25th day of August, 2016.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:  All counsel of record